UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DONALD MULDER, et al.,

        Plaintiffs,

v.        Case No. 17-CV-732

CITY OF MILWAUKEE,

        Defendant.

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice and without costs to either side.

| | |
|---|---|
| **Plaintiffs by:** | s/ Adele D. Nicholas |
| | Adele D. Nicholas |
| Dated: 5/3/2018 | Law Office of Adele D. Nicholas |
| | 5707 W. Goodman Street |
| | Chicago, Illinois 60630 |
| | |
| | Mark G. Weinberg |
| | 3612 N. Tripp Ave. |
| | Chicago, Illinois 60641 |
| | Counsel for Plaintiffs |
| | |
| **Defendant by:** | GRANT F. LANGLEY |
| | City Attorney |
| | |
| Dated: 5/3/2018 | s/ Elleny B. Christopoulos |
| | Elleny B. Christopoulos |
| | State Bar No. 1105495 |
| | Nicholas P. Desiato |
| 800 City Hall | Assistant City Attorneys |
| 200 East Wells Street | State Bar No. 1068916 |
| Milwaukee, WI 53202 | Counsel for Defendant |
| Email: echris@milwaukee.gov | |
|       ndesia@milwaukee.gov | |